# DECLARATION OF ABRAHAM CHUNG

I, Abraham Chung, declare as follows:

1. I am a police officer with the Glendale Police Department and have been so employed since 2008. As part of my training as a police officer, I have received regular training on the topics of probable cause and the processes to be followed for search and seizure. I have personal knowledge of all matters stated in this declaration and if called upon to testify, I could and would competently do so.

2. On January 5, 2018, I responded to Extra Space Storage, located at 6527 San Fernando Road in Glendale, California to assist with a burglary investigation involving Plaintiff Shaunda Raub. Specifically, Plaintiff was arrested for burglary at the scene.

3. Following her arrest, I conducted an inventory search of Plaintiff's vehicle where I located the following items: (1) a black tote containing six cell phones; (2) Raub's wallet; (3) a California Identification Card belonging to a Jennifer Zaragosa; (4) two Social Security Cards belonging to a Nathan Villavicencio and Derrick Wilkerson; (5) a State Benefit Card and California Identification card belonging to Derrick Wilkerson; and (6) a blue and white checkered handbag with black straps and a bow tie.

4. Also present at the scene was the victim of the burglary investigation, Cheryl Cante. Ms. Cante had previously mentioned to us that she had several bags stolen from her storage unit that were handmade by her and had a unique style. Given that the blue and white checkered handbag fit Ms. Cante's previous description of items stolen from her storage unit, I showed Ms. Cante the handbag recovered from Plaintiff. Ms. Cante confirmed that the handbag belonged to her and that it was one of the bags that she had kept in her storage unit. I then photographed theitems found in Plaintiff's vehicle handbag and released the handbag to Ms. Cante.

///
///
///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 14th day of March, 2023 at Glendale, California.

Abraham Chung, Declarant