SW NO. 6209

17-18619

STATE OF CALIFORNIA - COUNTY OF LOS ANGELES

# SEARCH WARRANT AND AFFIDAVIT
## (AFFIDAVIT)

I, _____Travis Goodreau_____, being sworn, says that on the basis of the information contained within this Search Warrant and Affidavit and in the attached and incorporated **Statement of Probable Cause,** he/she has probable cause to believe and does believe that the property described below is lawfully seizable pursuant to Penal Code Section 1524, as indicated below, and is now located at the locations set forth below. Wherefore, affiant requests that this Search Warrant be issued.

_____, NIGHT SEARCH REQUESTED: YES ☐ NO ☒
(Signature of Affiant)

## (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN, OR PEACE OFFICER IN THE COUNTY OF LOS ANGELES:** proof by affidavit having been made before me by **Travis Goodreau**, that there is probable cause to believe that the property described herein may be found at the locations set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "x"(s) in that:

__X__ it was stolen or embezzled.

__X__ it was used as the means of committing a felony.

__X__ it is possessed by a person with the intent to use it as a means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery.

__X__ it tends to show a felony has been committed or that a particular person has committed a felony.

_____ an arrest warrant is outstanding for the person to be seized.

**YOU ARE THEREFORE COMMANDED TO SEARCH:**

THE LOCATION at 6527 San Fernando Road, Glendale CA 91201, Unit#B106; further described as a multi-storage unit facility named "Extra Space Storage" located on the south side of the street. Unit#B106 is clearly marked in black above a pad-locked metal roll up gate.

The search is to include, all annexes, containers, debris boxes, storage areas, cabinets, and all filing cabinets and safes.

**FOR THE FOLLOWING PROPERTY:**

1. See attached document

FILED
Superior Court of California
County of Los Angeles

JAN 03 2018

Sherri R. Carter Executive Officer/Clerk
By_____, Deputy

SW & A1

EXHIBIT 1
26

6209

STATE OF CALIFORNIA - COUNTY OF LOS ANGELES

# RETURN TO SEARCH WARRANT

**Peace Officer Travis Goodreau**, being sworn, says that he/she conducted a search pursuant to the Search Warrant described below:

Issuing Magistrate : Beverly Bourne

Magistrate's Court : Superior Court of California, County of Los Angeles

DATE OF ISSUANCE : December 28th, 2017        DATE OF SERVICE: December 28th, 2017

and searched the following location(s):

6527 San Fernando Road, Unit #B106, Glendale CA 91201

and Seized the Items*

☒ described in the attached and incorporated inventory.

☐ described below:

FILED
Superior Court of California
County of Los Angeles

JAN 03 2018

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy

Further, I swear that this is a true and detailed account of all the property taken by me pursuant to the search warrant. Pursuant to Penal Code sections 1528 and 1536.

IT IS HEREBY ORDERED, that the investigating officer serving the Search warrant is authorized, without necessity of further Court Order, to return seized items to any known victim(s) if such items have been photographically documented at the site of the search warrant.

_____
(Signature of Affiant)

Sworn to and Subscribed before me this 3rd day of January 2018 at 10:55 A.M. / P.M.

_____
(Signature of Magistrate)
Judge of the Superior Court of California, County of Los Angeles

_____
(Magistrate's Printed Name)     BEVERLY BOURNE

*List all items seized, including those not specifically listed on the Search Warrant

Page 1 of 1

EXHIBIT 1
27

**IT IS HEREBY ORDERED**, that the Peace Officers serving the Search Warrant are authorized, without necessity of further Court Order, to return seized items to any known victim(s) if such items have been photographically documented at the site of the Search Warrant service.

This Search Warrant and incorporated Affidavit was sworn to and subscribed before me this 28th day of December, 2017 at 9:30 A.M./P.M. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_____, **NIGHT SEARCH APPROVED: YES ☐ NO ☒**
(Signature of Magistrate)

Judge of the **Superior** Court, Glendale, Dept 2 Judicial District.

BEVERLY BOURNE

EXHIBIT 1
28

Affidavit of Officer Travis Goodreau 1 Initial ___

1. My name is Travis Goodreau, and I will be the signing affiant on this search warrant
2. request. I have been a police officer in the City of Glendale since 2005. I began my career
3. at the Los Angeles County Sheriffs Academy class number 343 and graduated in October
4. of 2005. While in the academy I received many hours of training in the areas of burglary
5. and auto theft. I was taught basic crime investigation techniques, including: the gathering
6. of facts pertaining to the crime, basic report writing, interviewing techniques, and
7. performing follow up investigations. I further learned the method of gathering and
8. collecting evidence used for the prosecution of criminals involved in crimes. After
9. graduating from the academy, I was assigned to the Field Services Division where I
10. worked as a patrol officer for five years. Working as a patrol officer, I responded to
11. numerous calls for service regarding residential burglaries, auto burglaries, auto thefts,
12. and vandalisms to vehicles. In January 2011, I was transferred to the Burglary / Auto-
13. Theft Detail. During my tenure as a police officer, I have interviewed hundreds of
14. suspects who have been arrested for theft related offenses. These suspects have told me
15. the methods they used to commit their crimes as well as the tools they use to commit
16. these crimes. In addition to my basic training in the academy, I have attended the
17. following training classes and seminars: a 40 hour Burglary Investigations course,
18. covering all aspects of theft related crimes including the receiving of stolen property,
19. pawn shop schemes, and cargo theft. I have also attended a 12 hour Interview and
20. Interrogations class, a 12 hour Vehicle Theft for Patrol class, and a 40 hour D.A.R (Drug
21. Abuse Recognition) class. I also have attended and successfully completed a 40-hour
22. POST approved vehicle theft course hosted by the Riverside Sheriff's Department.
23. During this class I was shown basic vehicle theft investigations, including the history of
24. vehicle identification numbers and the composition of the 17-digit Vehicle Identification
25. Number (VIN), the explanation and importance of the VIN, vehicle identification and
26. secondary number identification methods. I was also shown videos of burglary tools
27. used to steal vehicles; these tools included Slim Jims, Ninja Rocks (ceramic portion of
28. spark plugs), shaved keys, Dippers and Jigglers (jiggle keys). I have personally
29. conducted vehicle inspections and know numerous basic points of vehicle identification
30. and alternate points of vehicle and parts identification. I have also been taught several
31. ways to begin a criminal investigation, including use of law enforcement personnel,

EXHIBIT 1
29

Affidavit of Officer Travis Goodreau     2     Initial ___

1 computers systems, code enforcement and other resources. I have been provided training
2 on the use of criminal and confidential informants. Lastly, in addition to my formalized
3 training, I have also received informal training from other experienced officers and
4 investigators.
5
6                            **Details of the Investigation:**
7 On December 19th, 2017, the manager at Extra Space Storage named Edward Rivas was
8 conducting a walkthrough at the facility when he discovered a cut lock to storage unit #
9 B-160. Rivas checked the business records and discovered the unit belonged to a victim,
10 identified as Cheryl Cante. Cante was notified and she responded to Extra Space Storage
11 to check on the status of her unit. Once on scene, Cante confirmed numerous items had
12 been stolen from storage unit, including: an Acer computer tower, a blue duffle bag
13 containing medical supplies, a mannequin, and various prototype design items. See
14 attached document for an itemized list and photographs of the stolen property provided
15 by Cante.
16
17                            **Follow Up Investigation:**
18 On December 26th, Officer Barajas responded to Extra Space Storage and met with the
19 manager Edward Rivas who reviewed the security camera footage which captured this
20 burglary. Rivas explained that on 12/18/17 at approximately 2130 hours, a female
21 identified as suspect – Catherine Rostow used her code to enter the facility with a second
22 female identified as Shanda Raub, along with a third unknown male (described as a Black
23 Male, approximately 55 years old). The three individuals were also in the company with a
24 young girl, approximately 10 years old. Suspect Catherine Rostow has a unit registered in
25 her name #B161. This unit is located directly next to victim Cante's unit #B160. Shanda
26 Raub also has a registered storage unit at the facility located at #B106. This information
27 was verified with the manager Edward Rivas through the company's internal records.
28
29 Video surveillance shows suspect Rostow and the unknown male taking items from the
30 victims Units B021 and B160 and transferring the items to Shanda Raub's storage unit
31 #B106. The group is then seen leaving the facility while carrying out various duffle bags

EXHIBIT 1
30

Affidavit of Officer Travis Goodreau  3  Initial ___

1. belonging to Cheryl Cante on a cart. After discovering the theft, Rivas has since sealed
2. unit #B106 based on the fact rent has not been paid and the unit is now housing stolen
3. property taken from units B021 and B160.

**Suspect Identification:**

I reviewed the surveillance video and observed suspects Rostow and Raub transferring property into storage unit #B106. I reviewed photographs of Rostow and Raub from the Department of Motor Vehicles Database and compared them to the surveillance video footage. Without question these are the two female suspects associated to the case. The identity of the male suspect at this time is unknown.

**Conclusion:**

Based on the circumstances surrounding this investigation and the fact both Catherine Rostow and Shanda Raub were caught on video surveillance taking property from two victim storage units, I formed the opinion both suspects are in violation of 459 PC. The fact both individuals were seen loading unknown items into Raub's storage unit #B106, I believe many of the stolen items reported in this case can be recovered inside this unit. Therefore, a search warrant is requested to search storage unit #B106, located at 6527 San Fernando Rd, Glendale CA 91201 "Extra Storage Space". The objective of this warrant is to recover the listed stolen items reported by victim Cante (see attached document). Should any of these items be recovered, it is requested these items be photographed and released at the scene back to the victim(s). Furthermore, I feel grounds for this search warrant exist as set forth in California Penal Code Section 1524.

EXHIBIT 1
31

**Known Stolen Property List:**

one red polka dot with butter fly bag (my designs) 35.00 at market
one black and white polka dot clutch (my designs) 35.00 at market
Four lichtenstein popart acrylic bags (my designs):
red 85.00 when they were to go to market
blue 85.00 when they were to go to market
green 85.00 when they were to go to market
neon 85.00 when they were to go to market
Three gingham tote bags (my designs) (22.00) at market
Two heart belts (acrylic cherry middle) (15.00) at market
silver clutch with black lace overlay (my design) (30.00) at market
multi color rhinestone bracelets (my design) (12.00) at market 14 missing
blue handle bag with pink hearts on front (my design) (50.00) at market
pink handle bag with red hearts on front (my design) (50.00) at market
tower acer stack computer (cpu) around 12 years old but paid 870.00)when it was new (and tax)
bottom of (180.00) mannequin (when it was new) they left the torso (no tax)
4 paintings (sold two for (100.00) but honestly this one is hard to determine
6 boxes hydrofera blue (wound care) boxes of ten individual around (100.00) at retail no tax on wound care
8 boxes tielle bandages (wound care) boxes of ten individual packages (around 50.00) at retail no tax on wound care
8 boxes aldress bandages (wound care) boxes of ten individual packages (30.00) at retail no tax on wound care
bakers glitter heels (pink) retail (28.00) (and tax)
bakers glitter heels (gold) retail (28.00) (and tax)
yonanas ice cream maker (50.00) was only used three times (not in box) (and tax)
yonanas apron (22.00) was only used once (and tax)
am/fm clock radio (still in box) around 10.00 when it was new (and tax)
winter black ski jacket (50.00) when new and worn only a couple of times

EXHIBIT 1
32

| Officer: GOODREAU | Glendale Police Department | D.R. Number: 17-18619 |
|---|---|---|
| Date and Time: 12-28-17 | **PROPERTY RECEIPT** | Type of Crime: 459 PC |

**ARRESTEE'S NAME:** ___

Address: ___ City: ___ Phone: ___

**VICTIM:** ___

Address: ___ City: ___ Phone: ___

**FINDER:** ___

Address: ___ City: ___ Phone: ___

| ITEM NO. | FOUND SAFEKEEPING EVIDENCE | ITEMIZE AND DESCRIBE THE PROPERTY IN AS MUCH DETAIL AS POSSIBLE. INDICATE SERIAL NUMBER OR OTHER MARKS OF IDENTIFICATION. LIST ONLY ONE ARTICLE ON A LINE. |
|---|---|---|
| 1 | SRR | BLK GYM BAG W/ MISC CLOTHING |
| 2 | SRR | BLU BAG |
| 3 | SRR | BLK TOTE BAG |
| 4 | SRR | BLK CIRCULAR BAG |
| 5 | SRR | RED JACKET |
| 6 | SRR | RED/GOLD PAIR OF SHOES |
| 7 | SRR | SPRINT BAG W/ MISC ITEMS |
| | | |
| | | |
| | | |
| | | TG 20811 |
| | | |
| | | |
| | | |
| | | |

P-159 (Rev. 2/04)

EXHIBIT 1
33