**Policy 100**

**Glendale Police Department**

Glendale Police Department Policy Manual

# Law Enforcement Authority

## 100.1 PURPOSE AND SCOPE
The purpose of this policy is to affirm the authority of the members of the Glendale Police Department to perform their functions based on established legal authority.

## 100.2 PEACE OFFICER POWERS
Sworn members of this department are authorized to exercise peace officer powers pursuant to applicable state law (Penal Code § 830.1 et seq.).

### 100.2.1 ARREST AUTHORITY OUTSIDE THE JURISDICTION OF THE GLENDALE POLICE DEPARTMENT
The arrest authority outside the jurisdiction of the Glendale Police Department includes (Penal Code § 830.1; Penal Code § 836):

(a) When the officer has probable cause to believe the person committed a felony.

(b) When the officer has probable cause to believe the person has committed a misdemeanor in the presence of the officer and the officer reasonably believes there is immediate danger to person or property or of escape.

(c) When the officer has probable cause to believe the person has committed a misdemeanor for which an arrest is authorized even if not committed in the presence of the officer such as certain domestic violence offenses and there is immediate danger to person or property or of escape or the arrest is mandated by statute.

(d) When authorized by a cross jurisdictional agreement with the jurisdiction in which the arrest is made.

(e) In compliance with an arrest warrant.

On-duty arrests will not generally be made outside the jurisdiction of this department except in cases of hot or fresh pursuit, while following up on crimes committed within the City, or while assisting another agency.

On-duty officers who discover criminal activity outside the jurisdiction of the City should when circumstances permit, consider contacting the agency having primary jurisdiction before attempting an arrest.

### 100.2.2 TIME OF MISDEMEANOR ARRESTS
Officers shall not arrest a person for a misdemeanor between the hours of 10:00 p.m. of any day and 6:00 a.m. of the next day unless (Penal Code § 840):

(a) The arrest is made without a warrant pursuant to Penal Code § 836 which includes:

1. A misdemeanor committed in the presence of the officer.

2. Misdemeanor domestic violence offenses (See the Domestic Violence Policy).

(b) The arrest is made in a public place.

Copyright Lexipol, LLC 2022/11/17, All Rights Reserved.
Published with permission by Glendale Police Department

# Glendale Police Department
Glendale Police Department Policy Manual

## Law Enforcement Authority

    (c)    The arrest is made with the person in custody pursuant to another lawful arrest.

    (d)    The arrest is made pursuant to a warrant which, for good cause shown, directs that it may be served at any time of the day or night.

### 100.3 POLICY
It is the policy of the Glendale Police Department to limit its members to only exercise the authority granted to them by law.

While this department recognizes the power of peace officers to make arrests and take other enforcement action, officers are encouraged to use sound discretion in the enforcement of the law. This department does not tolerate the abuse of law enforcement authority.

### 100.4 INTERSTATE PEACE OFFICER POWERS
Peace officer powers may be extended to other states:

    (a)    As applicable under interstate compacts, memorandums of understanding or mutual aid agreements in compliance with the laws of each state.

    (b)    When an officer enters an adjoining state in close or fresh pursuit of a person believed to have committed a felony (ARS § 13-3832; NRS 171.158; ORS 133.430).

The person arrested out of state must be taken without unnecessary delay before a magistrate of the county in which the arrest was made (ARS § 13-3833; NRS 171.158; ORS 133.440).

### 100.5 CONSTITUTIONAL REQUIREMENTS
All members shall observe and comply with every person's clearly established rights under the United States and California Constitutions.

Copyright Lexipol, LLC 2022/11/17, All Rights Reserved.
Published with permission by Glendale Police Department