# UNITED STATES DISRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANDA RAUB, an individual,<br><br>                Plaintiff,<br><br>    vs.<br><br>CITY OF GLENDALE; a city corporation, GLENDALE POLICE DEPARTMENT, a public entity, as an individual, DETECTIVE TRAVIS GOODREAU, individually and in his official capacity as a detective, DETECTIVE ABRAHAM CHUNG, individually and in his official capacity as a detective, and DOES 1-10,<br><br>                Defendants. | Case No.: 2:22-cv-04010-RGK-AGR<br><br>**[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>[Filed Concurrently with Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; and Request for Judicial Notice]<br><br>Date:      April 17, 2023<br>Time:      9:00 a.m.<br>Courtroom: 850<br>Judge:     Honorable R. Gary Klausner |

|   |   |
|---|---|
| 1 | After consideration of the papers in support of and in opposition to Defendants, |
| 2 | CITY OF GLENDALE, GLENDALE POLICE DEPARTMENT, OFFICERS |
| 3 | ABRAHAM CHUNG and TRAVIS GOODREAU's (collectively "Defendants") Motion |
| 4 | for Summary Judgment, or alternatively, Partial Summary Judgment, this Court orders |
| 5 | judgment in favor of Defendants and against Plaintiff, SHANDA RAUB; or alternatively, |
| 6 | The Court orders partial summary judgment as to the following: |

_____
_____
_____
_____

IT IS SO ORDERED.

DATED: _____, 2023

By: _____
The Honorable R. Gary Klausner