JS6

# UNITED STATES DISRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANDA RAUB, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF GLENDALE; a city corporation, GLENDALE POLICE DEPARTMENT, a public entity, as an individual, DETECTIVE TRAVIS GOODREAU, individually and in his official capacity as a detective, DETECTIVE ABRAHAM CHUNG, individually and in his official capacity as a detective, and DOES 1-10,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-04010-RGK-AGR<br><br>[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT<br><br>[Filed Concurrently with Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; and Request for Judicial Notice]<br><br>Date:　　　　April 17, 2023<br>Time:　　　　9:00 a.m.<br>Courtroom:　850<br>Judge:　　　Honorable R. Gary Klausner |

///

///

///

After consideration of the papers in support of and in opposition to Defendants, CITY OF GLENDALE, GLENDALE POLICE DEPARTMENT, OFFICERS ABRAHAM CHUNG and TRAVIS GOODREAU's (collectively "Defendants") Motion for Summary Judgment, this Court orders judgment in favor of Defendants and against Plaintiff, SHANDA RAUB. ~~; or alternatively, Partial Summary Judgment, this Court orders judgment in favor of Defendants and against Plaintiff, SHANDA RAUB; or alternatively,~~

~~The Court orders partial summary judgment as to the following:~~

The Clerk shall close this case. All pending dates on this Court's calendar are vacated.

IT IS SO ORDERED.

DATED: _____April 20_____, 2023

By: /s/ Gary Klausner
The Honorable R. Gary Klausner
U.S. District Judge